# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Edward Antone**<br>DOB: xx/xx/1985; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-05834MJ** |
| Complaint for violation of Title 18 United States Code §§ 1153, 2243(a), 2244(a)(3), and 2246 | |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**Count One**: Between on or about January 1, 2021 and on or about April 11, 2022, in the District of Arizona, within the confines of the Tohono O'odham Nation, Indian Country, **Edward Antone**, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, E.S., a child who had attained the age of 12 but had not attained the age of 16 and who was at least four years younger than **Edward Antone**, to wit: contact between **Edward Antone**'s penis and the victim's vulva, upon penetration however slight, in violation of Title 18, United States Code, Sections 1153, 2243(a), and 2246.

**Count Two**: Between on or about January 1, 2021 and on or about April 11, 2022, in the District of Arizona, within the confines of the Tohono O'odham Nation, Indian Country, **Edward Antone**, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, E.S., a child who had attained the age of 12 but had not attained the age of 16 and who was at least four years younger than **Edward Antone**, to wit: contact between **Edward Antone**'s penis and the victim's anus, upon penetration however slight, in violation of Title 18, United States Code, Sections 1153, 2243(a), and 2246.

**Count Three**: Between on or about January 1, 2021 and on or about April 11, 2022, in the District of Arizona, within the confines of the Tohono O'odham Nation, Indian Country, **Edward Antone**, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, E.S., a child who had attained the age of 12 but had not attained the age of 16 and who was at least four years younger than **Edward Antone**, to wit: contact between **Edward Antone**'s penis and the victim's mouth, in violation of Title 18, United States Code, Sections 1153, 2243(a), and 2246.

**Count Four**: Between on or about January 1, 2021 and on or about April 11, 2022, in the District of Arizona, within the confines of the Tohono O'odham Nation, Indian Country, **Edward Antone**, an Indian, did knowingly engage in and attempt to engage in sexual contact with the victim, E.S., a child who had attained the age of 12 but had not attained the age of 16 and who was at least four years younger than **Edward Antone**, to wit: intentional and direct touching of the victim's breast with **Edward Antone**'s hand, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of Edward Antone, in violation of Title 18, United States Code, Sections 1153, 2244(a)(3), and 2246.

**Continued on Next Page . . .**

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On April 11, 2022, E.S. (the victim) disclosed to her school's counselor that she was concerned she was pregnant due to recent sexual contact with her aunt's boyfriend, Edward Antone (the defendant), at a residence in Sells, Arizona. The victim, who is 12 years old, disclosed to the counselor that she and the defendant, who is 36 years old, had been engaged in sexual activity for over a year. The victim's counselor contacted the Tohono O'odham Police Department, which in turn contacted the Federal Bureau of Investigation. Law enforcement officers arranged a forensic interview of the victim on the same date, April 11, 2022.

At the forensic interview, the victim disclosed to the interviewer that the most recent sexual encounter with the defendant was approximately a week before the interview. This sexual act involved the defendant's penis penetrating the victim's anus and ejaculating outside the victim's body. The victim stated that the defendant also directly touched her breasts, making skin to skin contact with her breasts under her bra, during the sexual act about a week before the interview. The victim stated that the defendant had performed the same sex act (anal penetration) on her previously, starting in the middle of 2021. The victim stated that the defendant also penetrated her vulva with his penis on a previous occasion. The victim told the interviewer that this act only occurred once, in the middle of 2021, on a day when she stayed home from school. Finally, the victim stated to the interviewer that the defendant placed his penis inside her mouth in approximately December 2021. The victim recalled this incident occurring once and that the defendant ejaculated outside her body after the oral sex. The victim stated to the interviewer that she and the defendant had been engaged in sexual acts since early 2021 approximately every other month. The victim stated that her aunt (the defendant's girlfriend) was either asleep when the sexual abuse occurred, or she was not present in the residence, which is where all the incidents occurred. The residence is located within the confines of the Tohono O'odham Indian Nation in the District of Arizona. The defendant is a certified, enrolled member of the Tohono O'odham Indian Nation.

Law enforcement officers interviewed the defendant at the Tohono O'odham Police Department in Sells, Arizona, on April 12, 2022. The interview was audio and video recorded. Officers read the defendant his rights pursuant to *Miranda v. Arizona*, which he waived, agreeing to talk to them. The defendant admitted touching the victim's anal area with his penis approximately a week before the interview, although he denied that his penis penetrated her anus. The defendant admitted that during this encounter, his hands touched the victim's breasts, making skin to skin contact under her bra. The defendant stated that he penetrated the victim's vulva with his penis in early 2022. The defendant recalled ejaculating after this intercourse, but only after pulling his penis out of her vagina. The defendant told the officers that this only occurred once. The defendant told the officers that he placed his penis in the victim's mouth on one occasion, but he did not ejaculate on this occasion.

The defendant told the officers that he and the victim had been engaged in sexual contact for between a year and a year and a half and that he recalled approximately four or five total sexual acts during this period. The defendant told officers that he knew his sexual acts with the victim were against the law and wrong. The defendant recalled having a conversation with the victim where he told her he would go to jail if the victim ever told anyone what they were doing. The defendant stated that the victim was suggestive with him and initiated the sexual acts with him.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED | SIGNATURE OF COMPLAINANT |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SCOTT WALL  Digitally signed by SCOTT WALL  Date: 2022.04.14 10:26:28 -07'00' |
| REVIEWED by AUSA  *Digitally signed by MATTHEW CASSELL  Date: 2022.04.14 10:07:35 -07'00'* | OFFICIAL TITLE  Special Agent, Federal Bureau of Investigation |

**Sworn to telephonically.**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE |
|---|---|
| | April 14, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54